

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00398-CR

Robert **WATSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1543-CR
Honorable Gary L. Steel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 4, 2013.

_____
Patricia O. Alvarez, Justice